**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DANNING HUANG, derivatively on behalf of J2 GLOBAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VIVEK SHAH, NEHEMIA ZUCKER, R. SCOTT TURICCHI, DOUGLAS Y. BECH, ROBERT J. CRESCI, SARAH FAY, W. BRIAN KRETZMER, JONATHAN F. MILLER, RICHARD S. RESSLER, and STEPHEN ROSS,<br><br>Defendants,<br><br>and<br><br>J2 GLOBAL, INC.,<br><br>Nominal Defendant. | C.A. No. 20-cv-1687-LPS |
| FRITZ RINGLING, derivatively on behalf of J2 GLOBAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VIVEK SHAH, NEHEMIA ZUCKER, R. SCOTT TURICCHI, DOUGLAS Y. BECH, SARAH FAY, W. BRIAN KRETZMER, JONATHAN F. MILLER, RICHARD S. RESSLER, and STEPHEN ROSS,<br><br>Defendants,<br><br>and<br><br>J2 GLOBAL, INC.,<br><br>Nominal Defendant. | C.A. No. 21-cv-421-CFC |

**JOINT STIPULATION AND [PROPOSED] ORDER TO APPOINT CO-LEAD AND**

**CO-LIAISON COUNSEL AND CONSOLIDATE DERIVATIVE ACTIONS**

Plaintiff Danning Huang ("Huang") and Plaintiff Fritz Ringling ("Ringling" and together with Huang, "Plaintiffs"), , Defendants Vivek Shah, Nehemia Zucker, R. Scott Turicchi, Douglas Y. Bech, Robert J. Cresci, Sarah Fay, W. Brian Kretzmer, Jonathan F. Miller, Richard S. Ressler, and Stephen Ross (the "Individual Defendants"), and Nominal Defendant J2 Global, Inc. ("J2 Global," or the "Company" and with the Individual Defendants, "Defendants") (Defendants and Plaintiffs, the "Parties") jointly submit this stipulation ("Stipulation") and proposed order to appoint co-lead and co-liaison counsel, and to consolidate the above-captioned actions (if granted "Stipulated Order"), and in support thereof state as follows:

**WHEREAS,** substantially similar putative shareholder derivative actions styled *Huang v. Shah, et al.*, Case No. 20-cv-01687-LPS (the "*Huang* Action") and *Ringling v. Shah, et al.*, Case No. 21-cv-00421-CFC (the "*Ringling* Action," and together with the *Huang* Action, the "Actions") were filed on December 11, 2020 and March 24, 2021, respectively;

**WHEREAS,** a putative securities class action lawsuit, asserting federal claims arising from facts common to those at issue in the Actions, is currently pending in the U.S. District Court for the Central District of California under the caption *Garcia, et al. v. J2 Global, Inc., et al.,* No. 2:20-cv-06096-FLA-MAA (the "Securities Action");

**WHEREAS,** on March 4, 2021, the Court so ordered a stipulation entered into by the parties in the *Huang* Action to stay the *Huang* Action pending resolution of the motion to dismiss in the Securities Action ("Order to Stay");

**WHEREAS**, on March 5, 2021, the motion to dismiss in the Securities Action was granted in part, and denied in part, with plaintiffs given leave to file an amended complaint, and it is anticipated that another motion to dismiss will be filed in the Securities Action;

**WHEREAS**, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

**WHEREAS**, the Actions challenge substantially similar alleged conduct by the same Individual Defendants and involve common questions of law and fact;

**WHEREAS**, to avoid potentially duplicative actions and to prevent any waste of the Court's resources, the Parties agree that the Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action;

**WHEREAS**, in order to realize the efficiencies made possible by consolidation of the Actions, the Plaintiffs agree that Hynes & Hernandez, LLC and The Brown Law Firm, P.C., the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing plaintiffs in the consolidated action;

**WHEREAS**, Plaintiffs also agree that Cooch and Taylor, P.A. and Farnan LLP shall be designated as Co-Liaison Counsel representing plaintiffs in the consolidated action;[1]

**WHEREAS**, based upon the overlapping parties and factual allegations contained in the Actions and the Securities Action, and to avoid the unnecessary expenditure of judicial resources, the parties have agreed, subject to this Court's approval, that all proceedings and deadlines in the consolidated action should be temporarily stayed, pending resolution of any motion to dismiss filed in the Securities Action.

**WHEREFORE,** the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The Order to Stay entered in the *Huang* Action is lifted for the limited and

---

[1] Defendants take no position on the appointment of plaintiffs' lead counsel.

exclusive purpose of filing this Stipulation and the Court entering a ruling thereon.

2. The Individual Defendants hereby accept service of the complaint filed in the *Ringling* Action.

3. Pursuant to Federal Rule of Civil Procedure 42(a), the Actions are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal, and are referred to herein as the "Consolidated Action." This Stipulated Order shall apply to all shareholder derivative complaints filed on behalf of J2 Global that are subsequently filed in, removed to, re-assigned to, or transferred to this Court and that arise out of the same (or substantially the same) transactions or events as the Consolidated Action; all such complaints shall become part of this Consolidated Action as provided herein.

4. All further pleadings and papers filed in the Consolidated Action shall bear the following caption:

| | |
|---|---|
| IN RE J2 GLOBAL, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 20-cv-01687-LPS |
| THIS DOCUMENT RELATES TO: | |

5. The files of the Consolidated Action will be maintained in one file under Master File No. 20-cv-01687-LPS. All papers shall be filed in Master File No. 20-cv-01687-LPS.

6. The following law firms are designated Co-Lead Counsel for plaintiffs in the Consolidated Action:

HYNES & HERNANDEZ, LLC
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116

THE BROWN LAW FIRM, P.C.
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427

7. The following law firms are designated as Co-Liaison Counsel for plaintiffs in the Consolidated Action:

COOCH AND TAYLOR, P.A.
The Nemours Building
1007 N. Orange Street, Suite 1120
Wilmington, DE 19801
Telephone: (302) 984-3800

FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300

8. Co-Lead Counsel, in consultation with Co-Liaison Counsel, shall represent plaintiffs in the prosecution of the Consolidated Action, determine and present to the Court and opposing parties the position of plaintiffs on all matters arising during pretrial negotiations, delegate and monitor the work performed by plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of plaintiffs' pretrial activities or authorized by further order of the Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through plaintiffs' Co-Lead Counsel or Co-Liaison Counsel.

9. Defendants' counsel may rely on all agreements made with any, of Co-Lead Counsel or Co-Liaison Counsel, , and such agreements shall be binding on all plaintiffs.

10. Plaintiffs' Co-Liaison Counsel shall perform all tasks expected of Delaware counsel, including (without limitation) being primarily responsible for communications between plaintiffs and the Court and for plaintiffs' filings with the Court.

11. The Consolidated Action is hereby stayed pursuant to the terms of the Order to Stay entered in the *Huang* Action, which is hereby entered as an order in the Consolidated

Action.

12. This Stipulated Order shall apply to each derivative case arising out of the same, or substantially similar, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court.

13. When a shareholder derivative case that properly belongs as part of the Consolidated Action is hereafter filed in this Court, or removed, reassigned or transferred to this Court, counsel to the Parties shall assist the Court by calling to the attention of the Court the filing, removal, reassignment, or transfer of any such action, and counsel to the Parties shall assure that counsel in such action therein receive notice of this Stipulated Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving J2 Global instituted herein.

14. All papers and documents previously filed and/or served in the Actions shall be deemed a part of the record in the Consolidated Action.

15. This Stipulated Order is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties.

**IT IS SO STIPULATED.**

Dated: April 6, 2021

Cooch And Taylor, P.A.

/S/ Blake A. Bennett
Blake A. Bennett (Bar No. 5133)
The Nemours Building
1007 N. Orange Street, Suite 1120
Wilmington, De 19801
Telephone: (302) 984-3800
Bbennett@Coochtaylor.Com

*Delaware Counsel For Plaintiff Fritz Ringling And [Proposed] Co-Liaison Counsel For Plaintiffs*

Hynes & Hernandez, Llc
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, Pa 19355
Telephone: (484) 875-3116
Mhynes@Hh-Lawfirm.Com
Lhernandez@Hh-Lawfirm.Com

*Attorneys For Plaintiff Fritz Ringling And [Proposed] Co-Lead Counsel For Plaintiffs*

Bragar Eagel & Squire, P.C.
Garam Choe
810 Seventh Avenue, Suite 620
New York, Ny 10019
Telephone: (646) 860-9449
Choe@Bespc.Com

*Additional Counsel For Plaintiff Fritz Ringling*

Farnan LLP

/S/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, De 19801
Telephone: (302) 777-0300
Bfarnan@Farnanlaw.Com

*Delaware Counsel For Plaintiff Danning Huang And [Proposed] Co-Liaison Counsel For Plaintiffs*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ R. Judson Scaggs
R. Judson Scaggs, Jr. (#2676)
Susan W. Waesco (#4476)
Daniel T. Menken (#6309)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
rscaggs@morrisnichols.com
swaesco@morrisnichols.com
dmenken@morrisnichols.com

*Attorneys for Defendants Vivek Shah, R. Scott Turicchi, Douglas Y. Bech, Robert J. Cresci, Sarah Fay, W. Brian Kretzmer, Jonathan F. Miller, and Stephen Ross and for Nominal Defendant J2 Global, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Raymond J. DiCamillo
Raymond J. DiCamillo (#3188)
Matthew D. Perri (#6066)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7786
dicamillo@rlf.com
perri@rlf.com

Attorneys for Defendants Nehemia Zucker and Richard S. Ressler

THE BROWN LAW FIRM, P.C.
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Danning Huang*
*and [Proposed] Co-Lead Counsel for Plaintiffs*

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
pkim@rosenlegal.com

*Additional Counsel for Plaintiff Danning Huang*

IT IS SO ORDERED this _____ day of _______________, 2021.

_______________________________
CHIEF, UNITED STATES DISTRICT JUDGE