**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE J2 GLOBAL, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 20-cv-01687-LPS |
| THIS DOCUMENT RELATES TO: | |
| DANNING HUANG, derivatively on behalf of J2 GLOBAL, INC.,<br>Plaintiff,<br>v.<br>VIVEK SHAH, NEHEMIA ZUCKER, R. SCOTT TURICCHI, DOUGLAS Y. BECH, ROBERT J. CRESCI, SARAH FAY, W. BRIAN KRETZMER, JONATHAN F. MILLER, RICHARD S. RESSLER, and STEPHEN ROSS,<br>Defendants,<br>and<br>J2 GLOBAL, INC.,<br>Nominal Defendant. | C.A. No. 1:20-cv-01687-LPS |
| FRITZ RINGLING, derivatively on behalf of J2 GLOBAL, INC.,<br>Plaintiff,<br>v.<br>VIVEK SHAH, NEHEMIA ZUCKER, R. SCOTT TURICCHI, DOUGLAS Y. BECH, SARAH FAY, W. BRIAN KRETZMER, JONATHAN F. MILLER, RICHARD S. RESSLER, and STEPHEN ROSS,<br>Defendants,<br>and | C.A. No. 1:21-cv-00421-LPS |

| |
|---|
| J2 GLOBAL, INC.,<br>Nominal Defendant. |

**STIPULATION AND [PROPOSED] ORDER OF PARTIAL DISMISSAL**

WHEREAS, on December 11, 2020 and March 24, 2021 respectively, Plaintiffs Danning Huang and Fritz Ringling ("Plaintiffs") filed stockholder derivative complaints (the "Complaints") in this Court against Defendants Vivek Shah, Nehemia Zucker, R. Scott Turicchi, Douglas Y. Bech, Robert J. Cresci, Sarah Fay, W. Brian Kretzmer, Jonathan F. Miller, Richard S. Ressler, and Stephen Ross (the "Individual Defendants"), and Nominal Defendant J2 Global, Inc. ("J2," together with the Individual Defendants, "Defendants");

WHEREAS, a putative derivative lawsuit, asserting Delaware state law claims based on allegations that overlap with certain allegations in the Complaints related to an investment made by J2 in OCV Fund I, L.P. (the "Fund") in 2017 (the "OCV Investment"), was filed in the Court of Chancery of the State of Delaware on September 24, 2020 under the caption *Int'l Union of Operating Engineers of E. Penn. & Del. v. Ressler, et al.*, C.A. No. 2020-0819-JTL (the "Chancery Action");

WHEREAS, plaintiffs in the Chancery Action and Plaintiffs in this action reached a negotiated settlement with Defendants resolving the claims at issue in the Chancery Action and claims in the Complaints in this action related to the OCV Investment (the "Settlement"); and

WHEREAS, on January 20, 2022, the Settlement was reviewed and approved by the Court of Chancery of the State of Delaware pursuant to Court of Chancery Rule 23.1 after the

parties provided reasonable notice of the Settlement to J2's stockholders and an opportunity to object to the Settlement.[1]

WHEREAS, Robert J. Cresci passed away during the pendency of the Chancery Action and these consolidated actions, and Mary Beth Cresci, in her capacity as executor of Mr. Cresci's estate, was added as a defendant in the Chancery Action solely for purposes of the Settlement and is hereby added as a defendant to these consolidated actions solely for purposes of dismissing the Dismissed Claims (defined below) as part of the Settlement;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and among the parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. All claims in the Complaints that were settled, released, or dismissed by the Settlement (and all claims that are based on, related to or arise out of such claims), including without limitation all claims that are based on, related to or arise out of (i) J2's investment in the Fund, (ii) the activities and operations of the Fund, (iii) the business relationship between J2 and the Fund, OCV I GP, LLC and OCV Management LLC, and/or (iv) any disclosures and/or communications concerning such matters, are hereby DISMISSED WITH PREJUDICE ("Dismissed Claims").

2. All claims other than the Dismissed Claims remain pending before this Court.

3. The Stipulation and Order Regarding Stay of Proceedings, entered by the Court on March 3, 2021, shall remain in effect.

[1] A true and correct copy of the Court of Chancery's order approving the Settlement is attached hereto as Exhibit A.

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL:

THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
(516) 922-5427
tbrown@thebrownlawfirm.net

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
(212) 686-1060
pkim@rosenlegal.com

*Attorneys for Plaintiff Danning Huang*

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/ R. Judson Scaggs, Jr.*
R. Judson Scaggs, Jr. (#2676)
Susan W. Waesco (#4476)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rscaggs@morrisnichols.com
swaesco@morrisnichols.com

*Attorneys for Defendants Vivek Shah, R. Scott Turicchi, Douglas Y. Bech, Robert J. Cresci, Sarah Fay, W. Brian Kretzmer, Jonathan F. Miller, and Stephen Ross and for Nominal Defendant J2 Global, Inc.*

COOCH AND TAYLOR, P.A.

*/s/ Blake A. Bennett*
Blake A. Bennett (# 5133)
The Nemours Building
1007 N. Orange Street, Suite 1120
Wilmington, DE 19801
Telephone: (302) 984-3800
bbennett@coochtaylor.com

OF COUNSEL:

HYNES & HERNANDEZ, LLC
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
mhynes@hh-lawfirm.com
lhernandez@hh-lawfirm.com

BRAGAR EAGEL & SQUIRE, P.C.
Garam Choe
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (646) 860-9449
choe@bespc.com

*Attorneys for Plaintiff Fritz Ringling*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
Matthew D. Perri (#6066)
920 North King Street
Wilmington, DE 19801
(302) 651-7786
dicamillo@rlf.com
perri@rlf.com

*Attorneys for Defendants Nehemia Zucker and Richard S. Ressler*

Date: January 21, 2022

IT IS SO ORDERED this _____ day of _______________, 2022.

______________________________________
UNITED STATES DISTRICT JUDGE