**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE J2 GLOBAL, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 20-cv-01687-GBW |
| THIS DOCUMENT RELATES TO: | |
| DANNING HUANG, derivatively on behalf of J2 GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIVEK SHAH, NEHEMIA ZUCKER, R. SCOTT TURICCHI, DOUGLAS Y. BECH, ROBERT J. CRESCI, SARAH FAY, W. BRIAN KRETZMER, JONATHAN F. MILLER, RICHARD S. RESSLER, and STEPHEN ROSS, <br><br> Defendants, <br><br> and <br><br> J2 GLOBAL, INC., <br><br> Nominal Defendant. | C.A. No. 1:20-cv-01687-GBW |
| FRITZ RINGLING, derivatively on behalf of J2 GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIVEK SHAH, NEHEMIA ZUCKER, R. SCOTT TURICCHI, DOUGLAS Y. BECH, SARAH FAY, W. BRIAN KRETZMER, JONATHAN F. MILLER, RICHARD S. RESSLER, and STEPHEN ROSS, <br><br> Defendants, <br><br> and | C.A. No. 1:21-cv-00421-GBW |

| J2 GLOBAL, INC., |
| --- |
| Nominal Defendant. |

**STIPULATION AND [PROPOSED] FINAL ORDER OF DISMISSAL**

WHEREAS, on December 11, 2020 and March 24, 2021 respectively, Plaintiffs Danning Huang and Fritz Ringling ("Plaintiffs") filed stockholder derivative complaints (the "Complaints") in this Court against Defendants Vivek Shah, Nehemia Zucker, R. Scott Turicchi, Douglas Y. Bech, Robert J. Cresci, Sarah Fay, W. Brian Kretzmer, Jonathan F. Miller, Richard S. Ressler, and Stephen Ross (the "Individual Defendants"), and Nominal Defendant J2 Global, Inc. ("J2," together with the Individual Defendants, "Defendants");

WHEREAS, a putative derivative lawsuit, asserting Delaware state law claims based on allegations that overlap with certain allegations in the Complaints related to an investment made by J2 in OCV Fund I, L.P. (the "Fund") in 2017 (the "OCV Investment"), was filed in the Court of Chancery of the State of Delaware on September 24, 2020 under the caption *Int'l Union of Operating Engineers of E. Penn. & Del. v. Ressler, et al.*, C.A. No. 2020-0819-JTL (the "Chancery Action");

WHEREAS, plaintiffs in the Chancery Action and Plaintiffs in this action reached a negotiated settlement with Defendants resolving the claims at issue in the Chancery Action and claims in the Complaints in this action related to the OCV Investment (the "Settlement"); and

WHEREAS, on January 20, 2022, the Settlement was reviewed and approved by the Court of Chancery of the State of Delaware pursuant to Court of Chancery Rule 23.1 after the parties provided due and sufficient notice of the Settlement to J2's stockholders and an opportunity to object to the Settlement.

2

WHEREAS, Robert J. Cresci passed away during the pendency of the Chancery Action and these consolidated actions, and Mary Beth Cresci, in her capacity as executor of Mr. Cresci's estate, was added as a defendant in the Chancery Action solely for purposes of the Settlement and is hereby added as a defendant to these consolidated actions solely for purposes of dismissing all claims remaining in this action;

WHEREAS, on January 31, 2022, this Court dismissed with prejudice all claims in the Complaints that were settled, released, or dismissed by the Settlement (and all claims that are based on, related to or arise out of such claims), including without limitation all claims that are based on, related to or arise out of (i) J2's investment in the Fund, (ii) the activities and operations of the Fund, (iii) the business relationship between J2 and the Fund, OCV I GP, LLC and OCV Management LLC, and/or (iv) any disclosures and/or communications concerning such matters ("OCV Dismissal Order").

NOW THEREFORE, IT IS HEREBY STIPULATED, by and among the parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. All remaining claims in this action that were not dismissed with prejudice by the OCV Dismissal Order are dismissed without prejudice with each party to bear its own costs, expenses, and attorneys' fees.

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ R. Judson Scaggs, Jr.* |
| Brian E. Farnan (#4089) | R. Judson Scaggs, Jr. (#2676) |
| Michael J. Farnan (#5165) | Susan W. Waesco (#4476) |
| 919 N. Market St., 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE 19899 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| mfarnan@farnanlaw.com | rscaggs@morrisnichols.com |
| | swaesco@morrisnichols.com |

OF COUNSEL:

THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
(516) 922-5427
tbrown@thebrownlawfirm.net

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
(212) 686-1060
pkim@rosenlegal.com

*Attorneys for Plaintiff Danning Huang*

*Attorneys for Defendants Vivek Shah, R. Scott Turicchi, Douglas Y. Bech, Robert J. Cresci, Sarah Fay, W. Brian Kretzmer, Jonathan F. Miller, and Stephen Ross and for Nominal Defendant J2 Global, Inc.*

| COOCH AND TAYLOR, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Blake A. Bennett* | */s/ Raymond J. DiCamillo* |
| Blake A. Bennett (# 5133) | Raymond J. DiCamillo (#3188) |
| The Brandywine Building | Matthew D. Perri (#6066) |
| 1000 N. West Street, Suite 1500 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 984-3800 | (302) 651-7786 |
| bbennett@coochtaylor.com | dicamillo@rlf.com |
| | perri@rlf.com |
| OF COUNSEL: | |
| | *Attorneys for Defendants Nehemia Zucker* |
| HYNES & HERNANDEZ, LLC | *and Richard S. Ressler* |
| Michael J. Hynes | |
| Ligaya T. Hernandez | |
| 101 Lindenwood Drive, Suite 225 | |
| Malvern, PA 19355 | |
| Telephone: (484) 875-3116 | |
| mhynes@hh-lawfirm.com | |
| lhernandez@hh-lawfirm.com | |

*Attorneys for Plaintiff Fritz Ringling*

Date: June 4, 2024

        IT IS SO ORDERED this _____ day of _____, 2024.

                                            _____
                                            JUDGE GREGORY B. WILLIAMS